IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BROADQAST SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>   v.<br>**ESCORT INC.,**<br><br>                    Defendant. | Case No. 2:15-cv-1119<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **BROADQAST SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>   v.<br>**HARRIS CORPORATION,**<br><br>                    Defendant. | Case No. 2:15-cv-1136<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE FOR
DEFENDANT HARRIS CORPORATION**

On this day, Plaintiff Broadqast Solutions, LLC ("Plaintiff" or "Broadqast"), and Defendant Harris Corporation ("Defendant" or "Harris"), announced to the Court that they have resolved Plaintiff's claims for relief against Defendant Harris asserted in this case and Harris' claims, defenses and counterclaims for relief against Plaintiff asserted in this case. (Dkt. No. 41)  Plaintiff and Harris have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant Harris with prejudice and Harris' claims, defenses and counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant Harris are dismissed with prejudice and Harris' claims, defenses and counterclaims for relief against

Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

**So Ordered and Signed on this**

**Sep 20, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE